Same case below, 359 Fed. Appx. 777.

Same case below, 594 F.3d 1346.

**No. 09-1336. Frank J. Lawrence, Jr., Petitioner v. United States District Court for the Western District of Michigan.**

562 U.S. 830, 131 S. Ct. 388, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6563.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1338. Marcine Palkovic, Petitioner v. Michael J. Johnson, et al.**

562 U.S. 830, 131 S. Ct. 86, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6468.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 355 Fed. Appx. 513.

**No. 09-1358. Craig Mason, Petitioner v. Columbia Basin College, et al.**

562 U.S. 830, 131 S. Ct. 92, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6389.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

Same case below, 150 Wash. App. 1016.

**No. 09-1360. Totes-Isotoner Corporation, Petitioner v. United States.**

562 U.S. 830, 131 S. Ct. 92, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6431.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 09-1362. Todd C. Bank, Petitioner v. Cooper, Paroff, Cooper & Cook, et al.**

562 U.S. 830, 131 S. Ct. 93, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6292.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 509.

**No. 09-1363. Dava Dalvit, et al., Petitioners v. United Airlines, Inc.**

562 U.S. 830, 131 S. Ct. 95, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6188.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 904.

**No. 09-1364. Seeta Persaud, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

562 U.S. 830, 131 S. Ct. 95, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6435.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-1366. Mihae Lee and Jungil Lee, Petitioners v. William J. Policastro, et al.**

562 U.S. 830, 131 S. Ct. 95, 178 L. Ed. 2d 28, 2010 U.S. LEXIS 6426.

October 4, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.